EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 8 2002

at ____ o'clock and ____ min ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,            )   CR. NO.  CR02 00099 HG
                                     )
              Plaintiff,             )   INDICTMENT
                                     )   [21 U.S.C. 841(a)(1)]
         VS.                         )
                                     )
LARON KEVIN KORTGAARD,               )
                                     )
              Defendant.             )
_____)

## INDICTMENT

Count 1:

The Grand Jury charges that:

During the period on or about December 27, 2001 to on or about March 15, 2002, defendant Laron Kevin Kortgaard knowingly and intentionally manufactured marijuana, to wit: the cultivation of fifty (50) or more marijuana plants, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

Count 2:

The Grand Jury further charges that:

During the period on or about December 27, 2001 to on or about March 15, 2002, defendant Laron Kevin Kortgaard knowingly and intentionally possessed marijuana with intent to distribute, to wit: fifty (50) or more marijuana plants, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: Honolulu, Hawaii, March 26, 2002.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Kortgaard, USDC-Hawaii, Indictment.

2