# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00099ACK

CASE NAME:        USA v. Laron Kevin Kortgaard

ATTYS FOR PLA:    Michael Kawahara

ATTYS FOR DEFT:   David Klein

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
|--------|-----------------|-----------|-----|
| DATE: | 1/23/2006 | TIME: | 10:34 - 10:52 |
| | | | 10:43 - 10:52 SEALED |

COURT ACTION:  EP: Status Conference Re Counsel - deft present in custody.
SEALED HEARING HELD 10:43 - 10:52.

Klein to remain as counsel for deft.

Sentencing continued from 1-30-06 to 2-27-06 @ 2 p.m., ACK.

Deft remanded to custody of U.S. Marshal.

cc: all parties.

Submitted by Richlyn Young, Courtroom Manager