DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com

Attorney for Defendant LARON KEVIN KORTGAARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 02-00099-ACK-01** |
| ) | |
| Plaintiff, ) | **DEFENDANT LARON KEVIN** |
| ) | **KORTGAARD'S REQUEST FOR** |
| vs. ) | **BRADY MATERIAL; CERTIFICATE** |
| ) | **OF SERVICE** |
| LARON KEVIN KORTGAARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT LARON KEVIN KORTGAARD'S REQUEST FOR BRADY**

**MATERIAL**

Comes now Defendant **LARON KEVIN KORTGAARD**, by and through his attorney, DAVID F. KLEIN, and pursuant to the Fifth and Sixth Amendments to the United States Constitution Rules, 12(d)(2) and 16 of the Federal Rules and of Criminal Procedure and Rule 320 of the Rules of the United States District Court for the District of Hawaii, requests disclosure from the United States Government as follows:

1.  Any and all photographs and/or videotapes that were taken on or about March 13, 2002 of the two marijuana patches that were referenced in the declaration of John P. Ackers on or about March 15, 2002;

2.  All unedited videotapes and/or photographic images of the marijuana patches that were not shown to the jury at the trial in this matter;

3.  Any statements that were made by Henry Flin in regards to the following matter that was referenced in Mr. Kortgaard's presentence report:

> On 2/2/92, the defendant was arrested by the HCPD for Commercial Promotion of Marijuana, Drug Paraphernalia, Simple Trespass, and Promoting a Detrimental Drug in the Third Degree after he and another individual were observed tending to a field of marijuana in Polulu Valley in North Kohala, Hawaii. Officers recovered 245 live marijuana plants ranging in height from 4 inches to 3 feet from the patch and 25 harvested plants from the defendant and his companion. On 11/12/92, an Indictment was filed in Kona Circuit Court, Hawaii, charging the defendant with Commercial Promotion of Marijuana in the First Degree and Unlawful Possession of Drug Paraphernalia. These cases were nolle prosequi.
>
> *Mr. Kortgaard's presentence report, paragraph 48.*

IT IS FURTHER requested that the Government use diligent good faith efforts to cause any material or information hereinabove requested not within its

possession or control but within the possession or control of other governmental personnel to be made available to defense counsel.

    Dated:  Honolulu, Hawaii February 1, 2006.

                                              /s/ David Klein
                                              Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 02-00099-ACK-01** |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| LARON KEVIN KORTGAARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:
Michael K. Kawahara - mike.kawahara@usdoj.gov

DATED:  Honolulu, Hawaii, February 1, 2006.

/s/ David Klein