AO 89   (Rev. 7/95)   Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 2-10-06 | 300 Ala Moana, HON, HI 96850 |
| SERVED | 2-14-06 | 349 Kapiolani, Hilo, HI |

Served at 6 o'clock and 10 min.␣M

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 24 2006
SUE BEITIA, CLERK

SERVED ON (PRINT NAME): JOANNE LEE, CLERICAL SERVICES SUPERVISOR 2

FEES AND MILEAGE TENDERED TO WITNESS: ☐ YES  ☐ NO  AMOUNT $ _____

SERVED BY (PRINT NAME): RUSSELL NAKAGATO

TITLE: DUSM

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 2-14-06
         Date

Signature of server: [signature]

Address of server: 300 Ala Moana, HON, HI 96850

ADDITIONAL INFORMATION

ORIGINAL

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

LARON KEVIN KORTGAARD

SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: CR 02-00099ACK-01

TO:

CUSTODIAN OF RECORDS
HAWAII COUNTY POLICE DEPARTMENT
349 KAPIOLANI STREET
HILO, HAWAII 96720   Tel: (808) 935-3311

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court for the District of Hawaii<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | COURTROOM<br>Courtroom 5 |
| --- | --- |
| | DATE AND TIME<br>February 21, 2006 at 9:30 A.M. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Please bring all police reports regarding an arrest on or about February 2, 1992 by the Hawaii County Police Department of Mr. Laron Kortgaard for the offense of Commercial Promotion of Marijuana and/or other offenses.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SUE BEITIA<br>(BY) DEPUTY CLERK | DATE<br>FEB 1 0 2006 |
| --- | --- |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
DAVID KLEIN, 841 BISHOP STREET,
HONOLULU, HAWAII 96813  TELEPHONE: (808) 523-7774