EDWARD H. KUBO, JR.     2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA     1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-0099ACK |
| | ) | |
| Plaintiff, | ) | ADDITIONAL INFORMATION PER- |
| | ) | TAINING TO KORTGAARD'S |
| VS. | ) | CANADIAN CONVICTIONS; EXHIBIT |
| | ) | "1" |
| LARON KEVIN KORTGAARD, | ) | |
| | ) | Sentencing Date: 3/14/06 at |
| Defendant. | ) | 2:00 p.m. before the Hon. |
| _____ | ) | Alan C. Kay |

**ADDITIONAL INFORMATION PERTAINING TO**
**KORTGAARD'S CANADIAN CONVICTIONS**

Attached to Addendum No. 5 to the Presentence Report is an exemplified and authenticated copy of defendant Laron Kevin Kortgaard's Canadian convictions, which is maintained by the Royal Canadian Mounted Police.  We will be submitting the original copy of this conviction record at the upcoming sentencing hearing.[1]  The Court will note that the date on the

---

[1] Defense counsel had an opportunity to examine this original at the prior sentencing hearing on March 1, 2006.

accompanying U.S. Embassy/Consular Office authentication form is "June 4, 1993".  The U.S. Attorney's Office had obtained this conviction record during the course of defendant's prior Federal 1994 heroin conviction before this Court (USDC-Hawaii Criminal No. 93-01794ACK) and had provided it to both the U.S. Probation Office and defendant's appointed defense counsel at that time.  However, as indicated in our prior "Response to Kortgaard's Supplemental Sentencing Statement", the existence and validity of these prior Canadian convictions was never challenged in any way until the instant re-sentencing.

We submit that this conviction record, bearing the appropriate authentications and certifications, is fully admissible under FRE 902(3) and 803(8).

The Court will also note that the last page of the Canadian conviction record is a certified copy of a Canadian inked fingerprint card for Laron Kevin Kortgaard.  At our office's request, the National Park Service took its inked fingerprint card for defendant (which was taken after the National Park Service had arrested him in the instant case) and the original copy of the Canadian inked fingerprint card to the Honolulu Police Department (HPD) Crime Laboratory.  As indicated in the appended copy of the HPD report dated March 7, 2005 (attached Exhibit "1"):

> A comparison was made on the inked fingerprints of a Laron Kevin Kortgaard submitted by the agencies listed below.

    Upon comparison, both sets of fingerprints were positively identified as being made by the same individual.

    1.  FBI Fingerprint Card (FD-249) dated 03-17-02 by contributor ST VOLCANOES NATL PK, HI NATL PK, HI HIDI00000

    2.  Certified copy of fingerprints FPS #450989A dated 93-06-03 by the Royal Canadian Mounted Police Identification Service, Ottawa, Ontario

In short, based upon this fingerprint identification, this is clearly defendant's conviction record from Canada, which should be relied-upon to determine an appropriate sentence for him.

    DATED: Honolulu, Hawaii, March 8, 2006.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                              By /s/ Michael K. Kawahara
                                  MICHAEL K. KAWAHARA
                                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    David F. Klein  dk@thedefense.com   March 8, 2006

        Counsel for Defendant
        Laron Kevin Kortgaard

Served by hand-delivery:

    Probation Officer                           March 8, 2006
    300 Ala Moana Blvd.
    Box 50111, Rm. C-126
    Honolulu, HI 96850


                                          /s/ Rowena N. Kang