# HONOLULU POLICE DEPARTMENT

## ID SECTION WORK REQUEST

Report Number: _____

Classification or Offense: _____

COMPLAINANT: NEIL P. AKANA, Special Agent   ADDRESS: Same as below

DATE OCCURRED: 3/6/06   INVESTIGATOR: _____

DIVISION/AGENCY: DoI/NPS   PHONE: 808 985 6032

AGENCY ADDRESS: P.O. Box 52 Hawaii Nat'l Park, HI.

**WORK REQUESTED:**

Criminal History
- ☐ Abstract
- ☐ Fingerprint Verification
- ☐ Other

Latent Print Comparison
- ☐ Compare with dusted latent prints
- ☐ Compare with chemically processed prints
- ☒ Compare with attached specimen
- ☐ Other

**SUSPECT(S) OR WORK REQUESTED:**

Compare fingerprint card w/ certified Canadian Conviction Record. Compile report indicating same individual. Send report to Mike Kawahara @

**RESULTS:**

Asst. U.S. Attorney's Office
300 Ala Moana Blvd.
Rm 6-100
Honolulu, Hawaii 96850

A comparison was made on the inked fingerprints of a Laron Kevin KORTGAARD submitted by the agencies listed below. Upon comparison both sets of fingerprints were positively identified as being made by the same individual.

1) FBI Fingerprint Card (FD-249) dated 03-17-02 by contributor ST VOLCANOES NATL PK, HI NATL PK, HI   HIDI00000

2) Certified copy of fingerprints FPS #450898A dated 93-06-03 by the Royal Canadian Mounted Police Identification Services, Ottawa, Ontario

REQUESTED BY: [signature]   ID NO.: _____   DATE/TIME: 3/6/06 0800

WORK COMPLETED BY: Sandra Isokane   TITLE: Fingerprint Records Examiner II   DATE/TIME: 3-7-06/0915

HPD-207A (R-9/04)

EXHIBIT ___1___
Page _1_ of _1_ Pages