DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com

Attorney for Defendant LARON KEVIN KORTGAARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 02-00099-ACK-01** |
| ) | |
| Plaintiff, ) | **DAVID F. KLEIN'S MOTION TO** |
| ) | **WITHDRAW AS COUNSEL FOR** |
| vs. ) | **DEFENDANT LARON KEVIN** |
| ) | **KORTGAARD; DECLARATION OF** |
| LARON KEVIN KORTGAARD, ) | **COUNSEL; CERTIFICATE OF** |
| ) | **SERVICE** |
| Defendant. ) | |
| ) | |

**DAVID F. KLEIN'S MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT LARON KEVIN KORTGAARD**

COMES NOW David F. Klein, attorney for Defendant LARON KEVIN KORTGAARD, and respectfully moves this court for an order permitting him to withdraw as counsel.

The basis of this Motion is that irreconcilable differences have arisen in this matter and therefore it is requested that new counsel be appointed to represent the Defendant and that I be permitted to withdraw.

This Motion is being filed pursuant to *Crim. LR. 57.9* and is based upon the attached declaration of

counsel and any evidence that may be adduced at a hearing in this matter.

    Dated: Honolulu, Hawaii March 16, 2006.

                                          /s/ David F. Klein
                                          David F. Klein
                                          Attorney for Defendant
                                          LARON KEVIN KORTGAARD

Case 1:02-cr-00099-ACK    Document 112    Filed 03/16/2006    Page 2 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 02-00099-ACK-01** |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| LARON KEVIN KORTGAARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

MICHAEL K. KAWAHARA   Mike.Kawahara@usdoj.gov   March 16, 2006


Served via U.S. mail

Laron Kortgaard                                        March 16, 2006
82467-022
Federal Detention Center
Post Office Box 30080
Honolulu, Hawaii 96820


     DATED:  Honolulu, Hawaii, March 16, 2006.


                                        /s/ David F. Klein_____

3