IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 02-00099-ACK-01** |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| LARON KEVIN KORTGAARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF COUNSEL**

I, David F. Klein, hereby declare as follows:

1. I am an attorney licensed to practice law in all Courts in the State of Hawaii.

2. I represent the Defendant LARON KEVIN KORTGAARD.

3. I have personal knowledge of the matters herein except and unless stated to be upon information and belief.

4. I was court-appointed to represent Mr. Kortgaard.

5. Mr. Kortgaard was sentenced on March 14, 2006.

6. Irreconcilable differences have arisen in this matter and therefore it is requested that new counsel be appointed to represent the Defendant and that I be permitted to withdraw.

7. That as a result of the foregoing, it is respectfully requested that good cause be found and that I am permitted to withdraw as Counsel.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: Honolulu, Hawaii, March 16, 2006.

/s/ David F. Klein
David F. Klein
Attorney for Defendant
LARON KEVIN KORTGAARD