# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 02-00099ACK

CASE NAME: United States of America Vs. Laron K. Kortgaard

ATTYS FOR PLA: Michael Kawahara

ATTYS FOR DEFT: David F. Klein

INTERPRETER:

JUDGE: Alan C. Kay                REPORTER: Sharon Ross

DATE: 3/14/2006                   TIME: 2:06pm-3:11pm

COURT ACTION: EP: Re-Sentencing as to the 9th CCA Remand-Defendant present in Custody.

Government Exhibit 1-Admitted.(This Exhibit was returned to Government Counsel-Michael Kawahara)

Court addressed the Objections of the Defendant as stated in the Defendant's Sentencing Statement [105].

Government's Motion for Upward Departure-This is a renewed Motion as stated in the Government's Memorandum as to Defendant's Sentencing Statement-is hereby Denied. (2:50pm-2:57pm)

Defendant addresses the Court.

ReSentence-

Imprisonment-46 Months. This term of imprisonment is to run consecutive with term of imprisonment imposed in Cr. No. 93-01704ACK.

Mittimus Forthwith.

Court Recommendation- 1. FDC-Honolulu, Hi

2. Drug Treatment Program

Supervised Release-6 Years. This term of Supervised Release is to run concurrent with term of Supervised Release imposed in Cr. No. 93-01704ACK.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant is prohibited from the possession and use of alcohol.

8. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

9. That the fine of $5,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision. Defendant is to be given credit for the amount of fine that has been paid.

10. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special Assessment-$100.00

Defendant advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager