# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/23/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      CR 02-00099ACK

CASE NAME:        USA v. Laron Kevin Kortgaard

ATTYS FOR PLA:    Michael Kawahara

ATTYS FOR DEFT:   David F. Klein

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    3/23/06                  TIME:       2:57 - 3:05

COURT ACTION:  EP: David F. Klein's Motion to Withdraw as Counsel for Defendant Laron Kevin Kortgaard - deft present in custody.

Motion GRANTED. Court to appoint CJA counsel for appeal purposes.
Klein to prepare order.

Deft remanded to custody of marshal.

cc:  Tammy Kimura

Submitted by Richlyn Young, courtroom manager