ORIGINAL

BARRY D. EDWARDS 4509
1431 Alencastre Street
Honolulu, Hawaii 96816
Telephone: (808) 737-2100
Fax (808) 732-4499
email: barrydedwards@gmail.com
Attorney for Defendant
    LARON KEVIN KORTGAARD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2006

at 1 o'clock and 56 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00099-01 ACK |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF APPEAL; |
| | ) CERTIFICATE OF SERVICE |
| LARON KEVIN KORTGAARD, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 4 that defendant LARON KEVIN KORTGAARD, through appointed counsel Barry D. Edwards, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Amended Judgment in a Criminal Case filed in this action on March 31, 2006.

DATED: Honolulu, Hawaii, April 4, 2006.

Barry D. Edwards
Attorney for Defendant
LARON KEVIN KORTGAARD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a file-marked copy of the foregoing document will be served on the date of filing, by hand delivery or by mail, to the following party at the following address:

Mr. Michael K. Kawahara
Assistant United States Attorney
PJKK Federal Building, Suite 6-100
300 Ala Moana Boulevard
Honolulul, HI 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, April 5, 2006.

_____
Barry D. Edwards