UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

April 14, 2006

Michael Kawahara, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

IN RE:   U.S.A v. Laron Kevin Kortgaard
CR NO.   CR 02-00099ACK-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 04/05/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By     Laila M. Geronimo
       Deputy

cc:  Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
     Barry D. Edwards
        with copy of instructions for criminal appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet

Memorandum                                               Date: April 14, 2006

To:     Parties in U.S. vs. Laron Kevin Kortgaard

        D.C. No.: CR 02-00099ACK-01

From:   Clerk, United States District Court

        By: Criminal Appeals, deputy Clerk

Re:     Criminal Appeals Expediting Program


  The attached time schedule has been established pursuant to the Criminal Appeals Expediting Program of the U.S. Court of Appeals for the Ninth Circuit. Please note the due dates or payment of the docketing fee (if not already paid or proceeding under the CJA) and for designating the court reporter's transcript, if any. These dates are set under guidelines established by the Court of Appeals, and any modification of the dates can only be authorized by that court.

  A copy of your notice of appeal and other docketing information is being mailed to the court of Appeals forthwith. You will receive a docketing letter from the Court of Appeals with the appeal number and other essential information within a few days.

  If there is any uncertainty as to appellant's financial ability or counsel's willingness to prosecute the appeal, these questions should be brought immediately to the attention of the district judge or to the Court of Appeals. Failure to adhere to the attached time schedule may result in dismissal of the appeal and/or disciplinary measures against counsel of record. See Ninth Circuit Rule 42-1; Ninth Circuit Rules Appendix, 2-5.