Kev cc: USA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

JUN 2 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| United States District Court | District of Hawaii |
|---|---|

| Name (under which you were convicted): LARON KEVIN KORTGAARD | Docket or Case No.: CR-02-00099-ACK |
|---|---|
| Place of Confinement: FEDERAL CORRECTION INSTITUTION, LOMPOC | Prisoner No.: 82467-022 |

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| v. LARON KEVIN KORTGAARD | |

## MOTION

CV 06 00331

ACK

LEK

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII
   _____
   _____
   _____

   (b) Criminal docket or case number (if you know): CR-02-00099-ACK

2. (a) Date of the judgment of conviction (if you know): MARCH 14, 2006
   _____

   (b) Date of sentencing: MARCH 14, 2006

3. Length of sentence: 92 MONTHS

4. Nature of crime (all counts): 21 U.S.C. § 841 (a)(1) and § 841 (b)(1)(C),
   MANUFACTURED MARIJUANA, TO WIT: THE CULTIVATION OF MARIJUANA PLANTS,
   A SCHEDULE I CONTROLLED SUBSTANCE.
   _____
   _____
   _____
   _____

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _____
   _____
   _____
   _____
   _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9. If you did appeal, answer the following:

(a) Name of court: UNITED STATES COURT OF APPEALS, FOR THE NINTH CIRCUIT

(b) Docket or case number (if you know): 03-10421

(c) Result: REMAND FOR RESENTENCING

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: GOVERNMENT'S INSUFFICIENT EVIDENCE TO CONVICT.
GOVERNMENT'S FAILUE TO TURN OVER EVIDENCE TO DEVELOP ALIBI DEFENSE.

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

Page 4

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ❑ No ❑

(2) Second petition:    Yes ❑ No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** <u>COURT ERRED BY IMPOSITION OF CONSECUTIVE SENTENCE AND</u> <u>NOT CONCURRENT.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>MOVANT, CONTENDS THAT THE COURT ERRED BY IMPOSING A CONSECUTIVE</u> <u>SENTENCE TO INSTANT OFFENSE RATHER THAN THE APPLICABLE § 5G1.3.</u> <u>(b)(1) and (2). MOVANT'S PRESENTENCE REPORT REFERENCED PRIOR</u> <u>DRUG OFFENSES, THEREBY CONNOTING RELEVANT CONDUCT TO THE INSTANT.</u>

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____ <u>INEFFECTIVE ASSISTANCE OF COUNSEL.</u> _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Page.6

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** INEFFECTIVE ASSISTANCE OF COUNSEL

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

COUNSEL FAILED TO ASSERT MOVANT'S RIGHT FOR THE JURY TO BE
INSTRUCTED AS TO ALIBI DEFENSE. FURTHERMORE, COUNSEL FAILED TO
RAISE ISSUE AT SENTENCING OF APPLICATION OF CONCURRENT SENTENCE
RATHER THAN CONSECUTIVE.

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

        INEFFECTIVE ASSISTANCE OF COUNSEL. _____

_____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** DISTRICT COURT ERRED IN NOT DELIVERING JURY INSTRUCTIONS OF DEFENDANT'S ALIBI DEFENSE, AND GOVERNMENT'S FAILURE TO PRODUCE LOGS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
TRIAL JUDGE ERRED BY NOT PROVIDING JURY INSTRUCTIONS AS TO DEFENDANT'S ALIBI DEFENSE. ALBEIT, DEFENSE COUNSEL FAILED TO ASSERT DEFENDANT'S RIGHTS AT TIME.

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____
INEFFECTIVE ASSISTANCE OF COUNSEL.

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** <u>MOVANT WAS PREJUDICED BY TRIAL JUDGE BY NOT SUPPLEMENTING THE JURY WITH "ALLEN CHARGE" INSTRUCTIONS UPON JURY DEADLOCK.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): TRIAL COURT ERRED BY NOT INTRUCTING TO EFFECT THAT THE JURY MAY NOT CONVICT ON CIRCUMSTANTIAL EVIDENCE ALONE, UNLESS THE PROVED CIRCUMSTANCES ARE NOT ONLY CONSISTENT WITH THE HYPOTHESIS OF GUILT, BUT ARE IRRECONCILABLE WITH ANY OTHER RATIONAL CONCLUSION. ALBEIT, DEFENSE COUNSEL DID NOT ASSERT DEFENDANT'S RIGHT.

_____

_____

_____

_____

**(b) Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ❏ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    __INEFFECTIVE ASSISTANCE OF COUNSEL._____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ❏ No ❏

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

       Yes ❏ No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ❏ No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

       Yes ❏ No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ___GROUNDS 1-4 DUE TO INEFFECTIVE ASSISTANCE OF COUNSEL.

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Michael Weight, 300 Ala Moana Blvd., PJKK_
    _Federal Building, Public Defenders Office, Honolulu, Hawaii 96850_

(b) At arraignment and plea: __SAME AS ABOVE_

(c) At trial: __SAME AS ABOVE_

_____          _____

(d) At sentencing: _David F. Klein, 841 Bishop Street, Suite 2116,_
    _____Honolulu, Hawaii 96813_

Page 12

(e) On appeal: ___SAME AS ABOVE_____

(f) In any post-conviction proceeding: ___NOT APPLICABLE_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
     NOT APPLICABLE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ❑ No ⌧

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ❑ No ⌧

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ❑   No ❑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: _____

<u>FOREMOST, RESTORATION OF THE ANTE QUO. A VACATION OF CONVICTION</u>
<u>AND IMPOSITION·OF CONCURRENT SENTENCE.</u>

or any other relief to which movant may be entitled.


_____

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____
_____ (month, date, year).


Executed (signed) on *June 12/06* (date).


*Laron K Kortgaard*

Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____

_____


### IN FORMA PAUPERIS DECLARATION
<u>UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII</u>

[Insert appropriate court]

* * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the foregoing Title 28 U.S.C. § 2255 Petition upon the party herein, by depositing for delivery in the United States Mail at Lompoc, California with first class postage prepaid thereon. On this 12th day of June, 2006.

Michael K. Kawahara
United States Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Laron Kevin Kortgaard, Pro Se
Reg. No. 82467-022
Federal Correction Institution
3600 Guard Road
Lompoc, California 93436