IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| **LARON KEVIN KORTGAARD,** | ) | **Civ. No.  06-00331 ACK/LEK** |
| | ) | **Crim. No. 02-00099 ACK** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### ORDER

On June 20, 2006, Petitioner filed a petition to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  The Court notes that Petitioner originally filed an appeal with the Ninth Circuit Court of Appeals on April 25, 2006 (<u>United States v. Kortgaard</u>, <u>appeal docketed</u> No. 06-10253 (9th Cir. Apr. 25, 2006)).  However, on June 15, 2006, Petitioner filed a Motion to Dismiss his appeal, which was granted on June 23, 2006.  The Court now directs the Government to file a response to the 2255 petition within thirty (30) days of the date of this Order.  In the event a response is not filed within such time period, the Court will assume that the Government has no opposition to the relief requested.  If the Government files a response, Petitioner may file a reply within eleven (11) days of service of the response.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 29, 2006.



_____
Alan C. Kay
Sr. United States District Judge

KORTGAARD V. UNITED STATES, CIV. NO. 06-00331 ACK/LEK, CRIM. NO. 02-00099 ACK, ORDER.