## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

**FILED**

**JUN 2 3 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LARON KEVIN KORTGAARD,

Defendant - Appellant.

No. 06-10253

D.C. No. CR-02-00099-ACK
District of Hawaii,
Honolulu

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

ORDER

JUN 29 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court:

Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 2 3 2006

by: ___
Deputy Clerk

S:\MOATT\Clrkords\06.06\ahh\06-10253.wpd