ORIGINAL

Laron K Kortgaard
#82467-022
Federal Correctional
Institution
P.O. Box 3600 Guard Road
Lompoc, CA 93436-2705

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 24 2006

at 8 o'clock and 30 min. b M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO. 02-00099 ACK |
| Defendant, | ) | Motion for Extension Of Time |
| LARON KEVIN KORTGAARD | ) | |
| Plaintiff, | ) | |

    Comes now Plaintiff Laron Kevin Kortgaard with the above styled Motion requesting this Honorable Court for a Thirty Day Extension to do further research in order to complete his claims regarding his 2255 Motion filed with this court.

Laron Kevin Kortgaard

*Laron Kevin Kortgaard*

CERTIFICATE OF SERVICE

I, __Laron K Kortgaard__, hereby certify that I have served a true and correct copy of the following documents(s):
  A Motion for Extension of Time.

which is deemed filed at the time it was delivered to the prison authorities for forwarding, SEE HOUSTON vs. LACK, 487 U.S. 266, 101 L.Ed.2d 245 (1988), to the __U.S Attorney__, and his/her attorney of record, by placing the above mentioned document(s) in a sealed, prepaid postage envelope addressed to:

6-100 PJKK Federal Building
300 Ala Mouana Boulevard
Honolulu, Hawaii 96850-6100

and deposited in the same in the United States Postal Mail, at the United States Federal Correctional Institution, located at Lompoc, California, on this __15__ day of __August__, 200__6__.

  I declare under penalty of perjury that the foregoing is true and correct, (28 U.S.C. § 1746).

  Executed on this __15__ day of __August__, 200__6__.

_Laron Kevin Kortgaard_
Name:
Registration Number: 82467-022
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705

(CERTIFICATE OF SERVICE)

#82467-022
Federal Correctional
Institution
P.O. Box 3600 Guard Road
Lompoc, CA 93436-2705

SANTA BARBARA
CA 931 1 T
16 AUG 2006 PM

To"

United States District Court
District Of Hawaii
300 Ala Moana Blvd., C338
Honolulu, Hawaii 96850-0338

Clerk

