IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **LARON KEVIN KORTGAARD,** ) | Civ. No. 06-00331 ACK/LEK |
| ) | Cr. No. 02-00099 ACK/LEK |
| **Petitioner/Defendant,** ) | |
| ) | |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |
| ) | |

**ORDER GRANTING EXTENSION OF TIME**

On June 20, 2006, Defendant filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 ("2255 Motion"). The Court directed the Government to file a response to the 2255 Motion by July 31, 2006; the Court informed Defendant that he may file a reply within eleven days of service of the response. See Order (June 29, 2006).

On July 19, 2006, the Government filed an opposition to the 2255 Motion.

On August 15, 2006, Defendant executed a Motion for Extension of Time, seeking a thirty day extension of the reply deadline so that he may do further research. The Motion for Extension of Time was filed in this Court on August 24, 2006.

The Court grants the Motion for Extension of Time to allow Defendant additional time to conduct further research. If Defendant chooses to file an optional reply in support of his

2255 Motion, that reply must be filed with this Court by September 15, 2006.

       IT IS SO ORDERED.

       DATED:  Honolulu, Hawaii, August 29, 2006.



                                                _____
                                                Alan C. Kay
                                                Sr. United States District Judge