TERMED

# U.S. District Court
## District of Hawaii - CM/ECF V2.5 (11/05) (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:93-cr-01704-ACK-ACK-ALL

Case title: USA v. Kortgaard  
Magistrate judge case number: 1:93-mj-00150

Date Filed: 09/08/1993

---

Assigned to: JUDGE ALAN C KAY  
Referred to: JUDGE ALAN C KAY

**Defendant**

**Laron Kevin Kortgaard** (1)  
*TERMINATED: 03/07/1994*

represented by **Laron Kevin Kortgaard**  
PRO SE

**Alexander Silvert**  
Office of the Federal Public Defenders  
PJKK Federal Building  
300 Ala Moana Blvd Rm 7-104  
Honolulu, HI 96813  
541-2521  
Email: alexander_silvert@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**David F. Klein**  
Law Office of David F. Klein  
Davies Pacific Center  
841 Bishop St Ste 2116  
Honolulu, HI 96813  
(808) 523-7774  
Email: dfklein@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Laron Kevin Kortgaard**  
Reg No 82467-022  
37910 N. 45th Avenue  
Department 1700  
Phoenix, AZ 85027-7055  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Waived or Self (Pro Se)*

EXHIBIT 2  
Page 1 of 14 Pages

**Michael A. Weight**
Office of the Federal Public Defenders
PJKK Federal Building
300 Ala Moana Blvd Rm 7-104
Honolulu, HI 96813
541-2521
*TERMINATED: 02/16/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard S. Kawana**
4 S King St Ste 201
Honolulu, HI 96813
536-6805
Email: rskawana@prodigy.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2 and 21:841(a)(1) and 841(b)(1)(B) - NARCOTICS-SELL, DISTRIBUTE, OR DISPENSE - Possess w/intent to distribute heroin, Schedule I narcotic controlled substance CT 2<br>(2) | Government's Oral M/Dismiss COUNTS 2,3,4 - GRANTED |
| 21:844(a) - NARCOTICS-POSSESSION - Possession of Heroin, Schedule I narcotic controlled substance CT 3<br>(3) | Government's Oral M/Dismiss COUNTS 2,3,4 - GRANTED |
| 21:844(a) - CONTROLLED SUBSTANCE-POSSESSION - Possession of Cocaine, Schedule II narcotic controlled substance CT 4<br>(4) | Government's Oral M/Dismiss COUNTS 2,3,4 - GRANTED |
| 21:844(a) - MARIHUANA-POSSESSION - Possession of Marijuana, Schedule I CT 5<br>(5) | Government's Oral M/Dismiss COUNT 5 - Granted |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|

EXHIBIT __2__
Page __2__ of __14__ Pages

18:2 and 21:952(a), 960(b)(2) NARCOTICS-IMPORTATION/EXPORTATION - Import Heroin, Schedule I narcotic controlled substance - 05/19/93 CT 1 (1)

Impr 10 years, Sup Rel 8 years under the usual conds & the following spec conds: 1) Deft prohib from possessing a firearm or other dangerous weapon; 2) Deft participate in a substance abuse program, which may include drug testing at the discretion & direction of the prob office; 3) Deft provide the prob office access to any requested financial information. Spec Mon Assess - $50.00 [7/15/2003] SENTENCE: Imprisonment 46 months, to be served consecutively to the sentence imposed in Criminal No . 02-00099ACK. RECOMMENDATION: Nellis. Supervised Release - 50 months under the following conditions: 1. That the defendant shall abide by the standard conditions of supervision. 2. That the defendant not commit any crimes, federal, state, or local ( mandatory condition). 3. That the defendant not possess illegal controlled substances (mandatory condition) 4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 day s of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and dir ection of the Probation Office. 6. That the defendant is prohibited from possessing any illegal or dangerous weapons. 7. That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to an y requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office. 8. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of

EXHIBIT 2
Page 3 of 14 Pages

contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition. Advised of rights to appeal. MITTIMUS: Forthwith

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 21:963, 952(a) & 960(b)(2) - Conspiracy to Import Heroin, Schedule I [ 1:93-m -150 ] | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Michael K. Kawahara**<br>Office of the United States Attorney<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd Ste 6100<br>Honolulu, HI 96850<br>541-2850<br>Email: mike.kawahara@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/1993 | 1 | COMPLAINT by Bertram Apo, S/A Customs against Laron Kevin Kortgaard signed by Mag Judge Barry M. Kurren [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
| 05/20/1993 | 2 | MOTION To Detain Defendant Without Bail to detain by USA as to Laron Kevin Kortgaard [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
| 05/20/1993 | | ARREST of defendant Laron Kevin Kortgaard on 5/20/93 - in custody of U.S. Customs [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
| 05/20/1993 | 3 | EP: MINUTES: INITIAL APPEARANCE of Laron Kevin Kortgaard ; Deft remanded to custody of USM, ; preliminary exam set for 10:00 5/25/93 for Laron Kevin Kortgaard before Mag Judge Barry M. Kurren ; detention hearing set for 10:00 (BMK) 5/25/93 for Laron Kevin Kortgaard ; Laron Kevin Kortgaard, Attorney Michael A. Weight, Michael Kawahara present ( ESR/no reporter) by Mag Judge KURREN [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |

EXHIBIT 2
Page 4 of 14 Pages

| 05/20/1993 | 4 | ORDER of Temporary Detention Pending Hearing Pursuant to Bail Reform Act as to Laron Kevin Kortgaard by Mag Judge Barry M. Kurren [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
|---|---|---|
| 05/20/1993 | 5 | Declaration of Larry Tice, Re: Detention Of Defendant; Exhibits "1" and "2" by USA [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
| 05/24/1993 | 6 | RETURN on Clerks Temporary Commitment - exec by USM - 5/20/93 as to defendant Laron Kevin Kortgaard [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
| 05/25/1993 | 7 | EP: PH/DH MINUTES: preliminary exam - Bertram Apo CST Probable cause found. Deft bound over for grand jury action - held on 5/25/93 before Mag Judge Barry M. Kurren and detention hearing - Lawrence Tice, CST. Deft found to be a danger to the community & flight risk. M/Detain - GRANTED - held on 5/25/93 before Mag Judge Barry M. Kurren Kawahara to prepare order. Deft remanded to custody of USM. ; Laron Kevin Kortgaard Attorney Michael A. Weight, Michael Kawahara present ( ESR/no reporter) by Mag Judge KURREN [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
| 06/07/1993 | 8 | APPLICATION Regarding Custody as to Laron Kevin Kortgaard (SEALED) [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
| 06/08/1993 | 9 | ORDER Regarding Custody as to Laron Kevin Kortgaard signed by Mag Judge Barry M. Kurren (SEALED) [ 1:93-m -150 ] (eps) (Entered: 09/09/1993) |
| 06/09/1993 | 10 | STIPULATION Extending The Time Within Which The Government May File Indictment Or Information Against Defendant And Excluding Time Under The Speey Trial Act and order by Mag Judge Barry M. Kurren (SEALED) [ 1:93-m -150 ] (eps) Modified on 09/09/1993 (Entered: 09/09/1993) |
| 07/21/1993 | 11 | Second STIPULATION Extending The Time Within Which The Government May File Indictment Or Information Against Defendant And Excuding Time Under The Speedy Trial Act and order by Mag Judge Barry M. Kurren (SEALED) [ 1:93-m -150 ] (eps) Modified on 09/09/1993 (Entered: 09/09/1993) |
| 09/08/1993 | 12 | EP: INDICTMENT by USA Counts filed against Laron Kevin Kortgaard (1) count(s) 1, 2, 3, 4, 5; PS ordered ( Judith Powers ) by Mag Judge KURREN (eps) Additional attachment(s) added on 7/10/2006 (gab, ). (Entered: 09/09/1993) |
| 09/08/1993 | 13 | PS issued as to Laron Kevin Kortgaard ; arraignment set for 10:15 9/13/93 for Laron Kevin Kortgaard before Mag Judge Barry M. Kurren (eps) (Entered: 09/09/1993) |
| 09/13/1993 | 14 | Special Information as to Prior Durg Conviction of Defendant Laron Kortgaard Pursuant to title 21, United States Code, Section 851; Certificate of Service - by plaintiff USA (gab) (Entered: 09/20/1993) |
| 09/13/1993 | 15 | EP:: MINUTES: A&P - dft Laron Kevin Kortgaard present. Michael |

EXHIBIT 2

Page 5 of 14 Pages

| | | |
|---|---|---|
| | | Weight makes special appearance. Deft. sworn to financial affidavit. Oral M/Court Appt. Atty Granted. Arrn. waived. Plea of Not Guilty entered. ; pretrial conference set for 10:30 10/25/93 for Laron Kevin Kortgaard ; jury trial set for 9:00 11/9/93 for Laron Kevin Kortgaard ; Motions due: 10-4-93. Response due: 10-18-93. Laron Kevin Kortgaard Attorney Michael A. Weight, Ed Kubo for Michael K. Kawahara present ( ESR) by Mag Judge KURREN (gab) (Entered: 09/27/1993) |
| 09/13/1993 | 16 | FINANCIAL Affidavit as to Laron Kevin Kortgaard (gab) (Entered: 09/27/1993) |
| 09/14/1993 | 17 | PS executed on 9/13/93 as to Laron Kevin Kortgaard (gab) (Entered: 09/27/1993) |
| 09/15/1993 | 18 | NOTICE of Filing of Search Warrants and Affiliated Documentation; Exhibits "1" & "2" by plaintiff USA (gab) (Entered: 09/27/1993) |
| 09/21/1993 | 19 | NOTICE of Compliance with Local Rule 320-1(a); Certificate of Service by plaintiff USA (gab) (Entered: 09/27/1993) |
| 10/12/1993 | 20 | STIPULATION and order Continuing Pretrial Motions Due Date and Continuing Trial by Judge Alan C. Kay ; jury trial set for 9:00 11/30/93 for Laron Kevin Kortgaard , c (gab) (Entered: 10/15/1993) |
| 10/25/1993 | 21 | EO: MINUTES Final pretrial conference contd. from 10/25/93 to 11/15/93 @ 10:30, BMK for Laron Kevin Kortgaard Notified by phone: Kawahara, Barbee. by Mag Judge KURREN (gab) (Entered: 10/28/1993) |
| 10/25/1993 | 22 | Notice of Motion and MOTION to suppress physical evidence and statements; Memorandum in Support of Motion; Defendant's Exhibits A-D; Declaration of Counsel; Certificate of Service - Motion hearing set for 11/15/93 @ 3:00 p.m. (ACK) (gab) (Entered: 10/28/1993) |
| 10/27/1993 | 23 | NOTICE - Motion to suppress physical evidence and statements - before the Honorable Alan C. Kay. Contd. from 11/15/93 @ 3:00 p.m. to 11/15/93 @ 3:45 p.m. (gab) (Entered: 10/28/1993) |
| 11/03/1993 | 24 | MEMORANDUM in opposition to motion to suppress physical evidence and statements; [22-1] by plaintiff USA - Table of Contents; Table of Authorities; Certificate of Service (gab) (Entered: 11/05/1993) |
| 11/05/1993 | 25 | STIPULATION Continuing Trial Date and Excluding Time Under the Speedy Act; ORDER by Judge Alan C. Kay Jury trial set for 9:00 1/19/94 for Laron Kevin Kortgaard , (gab) (Entered: 11/15/1993) |
| 11/09/1993 | 26 | EO: MINUTES Final pretrial conference continued from 11/15/93 to 10:30 a.m. 1/6/94 for Laron Kevin Kortgaard by Mag Judge KURREN (gab) (Entered: 11/16/1993) |
| 11/15/1993 | 27 | EP: MINUTES: Motion to suppress Physical Evidence and Statements: Defendant present with counsel Rustam Barbee. Oral arguments heard. Exhibits Admitted: Governments = 1 & 2. Motion to suppress physical evidence and statements Denied. Court to prepare Order. Attorney Michael K. Kawahara & Rustam Barbee present (TC) by Judge KAY |

EXHIBIT __2__
Page _6_ of _14_ Pages

| | | (gab) (Entered: 11/17/1993) |
|---|---|---|
| 11/17/1993 | 28 | ORDER Denying Defendant Kortgaard's Motion to Suppress Physical Evidence and Statements by Judge Alan C. Kay (cc: all counsel) (gab) (Entered: 11/19/1993) |
| 11/24/1993 | 29 | EO: MINUTES - M/Change of Plea sched for 11/29/93 at 9:45 am (ACK). Barbee to notify M. Kawahara as to defendant Laron Kevin Kortgaard Judge KAY (eps) (Entered: 11/29/1993) |
| 11/29/1993 | 30 | EP: MINUTES: M/Change of Plea - Deft sworn. Questioned. Adv of constitution rights, trial by jury & the maximum penalty provided by law, etc. Kawahara recited the essential provisions of the plea agreement. Memorandum of plea agreement filed, acceptance deferred until after review of presentence report. Further questioned. Kawahara recited the govt's evidence against the deft. , guilty plea as to CT 1 entered by Laron Kevin Kortgaard , ; Deft referred for presentence investigation & report and sentencing hearing set for 2:15 (ACK) 3/7/94 for Laron Kevin Kortgaard Bail - Ordered that deft cont to be DETAINED ; Laron Kevin Kortgaard, Attorneys Rustam Barbee, Michael K. Kawahara present ( Brooke Anderson) Judge KAY (eps) Modified on 11/29/1993 (Entered: 11/29/1993) |
| 11/29/1993 | 31 | MEMORANDUM of Plea Agreement as to Laron Kevin Kortgaard (eps) Modified on 11/29/1993 (Entered: 11/29/1993) |
| 02/01/1994 | 32 | SENTENCING Statement of the United States as to Laron Kevin Kortgaard (gab) Modified on 03/07/1994 (Entered: 02/03/1994) |
| 02/04/1994 | 33 | Notice of Motion and MOTION for withdrawal of attorney by defendant Laron Kevin Kortgaard and for Appointment of New Counsel; Declaration of Counsel; Certificate of Service; Motion hearing set for 02/10/94 @ 2:00 p.m. (BMK) (gab) Modified on 03/07/1994 (Entered: 02/17/1994) |
| 02/04/1994 | 34 | ORDER of Designation to a Magistrate by Judge Alan C. Kay - Motion to Withdraw as Counsel to BMK. (gab) Modified on 03/07/1994 (Entered: 02/17/1994) |
| 02/08/1994 | 35 | EO: MINUTES motion for withdrawal of attorney by defendant Laron Kevin Kortgaard [31-1] contd. from 2/10/94 to 10:30 a.m. 2/15/94 BMK. (Per marshals, deft. not available till 2/14/94.) Kawahara to notify parties. by Mag Judge KURREN (gab) Modified on 03/07/1994 (Entered: 02/17/1994) |
| 02/15/1994 | 36 | MEMORANDUM in support of motion for withdrawal of attorney by defendant Laron Kevin Kortgaard [31-1] (gab) Modified on 03/07/1994 (Entered: 02/28/1994) |
| 02/15/1994 | 37 | EP: MINUTES: M/Withdraw as Counsel granting motion for withdrawal of attorney by defendant Laron Kevin Kortgaard [31-1] granted. Barbee to prepare order. Deft. remanded to custody of marshal. Attorney Michael K. Kawahara & Rustam Barbee present ( SP) by Mag Judge KURREN |

EXHIBIT __2__

Page _1_ of _14_ Pages

| | | |
|---|---|---|
| | | (gab) Modified on 03/07/1994 (Entered: 02/28/1994) |
| 02/15/1994 | 38 | CJA Form 20 Copy 4 (Appointment of Counsel) Voucher # 0576874 Attorney replacing Michael Weight (gab) Modified on 03/07/1994 (Entered: 02/28/1994) |
| 02/16/1994 | 39 | ORDER by Mag Judge Barry M. Kurren granting motion for withdrawal of attorney by defendant Laron Kevin Kortgaard [31-1] withdrawing attorney Rustam Barbee for Laron Kevin Kortgaard and ORDER Appointing New Counsel for Defendant (gab) Modified on 03/07/1994 (Entered: 02/17/1994) |
| 02/16/1994 | | APPEARANCE for defendant Laron Kevin Kortgaard by Attorney Richard S. Kawana (gab) (Entered: 02/17/1994) |
| 02/18/1994 | 40 | ORDER of Designation to a Magistrate by Judge Harold M. Fong(gab) Modified on 03/07/1994 (Entered: 02/28/1994) |
| 03/04/1994 | 41 | Defendant Laron Kevin Kortgaard's SENTENCING Statement; and Certificate of Service as to Laron Kevin Kortgaard (eps) (Entered: 03/08/1994) |
| 03/07/1994 | 42 | EP: MINUTES: ; sentencing hearing held for Laron Kevin Kortgaard , Memorandum of Plea Agreement accepted. Corrections made to the Memorandum of Plea Agreement filed on November 29, 1993 on Page 4, to read term of supervised release "eight (8) years" sentencing Laron Kevin Kortgaard (1) count(s) 1. Impr 10 years, Sup Rel 8 years under the usual conds & the following spec conds: 1) Deft prohib from possessing a firearm or other dangerous weapon; 2) Deft participate in a substance abuse program, which may include drug testing at the discretion & direction of the prob office; 3) Deft provide the prob office access to any requested financial information. Spec Mon Assess - $50.00 , dismissing counts as to Laron Kevin Kortgaard (1) count(s) 2, 3 , 4 . Government's Oral M/Dismiss COUNTS 2,3,4 - GRANTED, Laron Kevin Kortgaard (1) count(s) 5. Government's Oral COUNT 5 - Granted , Rec - Phoenix, Arizona. Adv of rights to appeal. MITTIMUS - forthwith case terminated ; Laron Kevin Kortgaard, Attorneys Richard S. Kawana, Michael K. Kawahara present ( ESR) by Judge KAY (eps) (Entered: 03/08/1994) |
| 03/11/1994 | 43 | JUDGMENT and Commitment as to Laron Kevin Kortgaard by Judge Alan C. Kay (gab) (Entered: 03/16/1994) |
| 03/15/1994 | | TRANSCRIPT of Proceedings - 3/7/94 - ORIG - ( ESR ) - pp 24 (gab) (Entered: 03/16/1994) |
| 04/07/1994 | 44 | PRESENTENCE Report on Laron Kevin Kortgaard (original sealed and held in probation office). (eps) (Entered: 04/07/1994) |
| 04/07/1994 | 45 | SENTENCING RECOMMENDATION as to Laron Kevin Kortgaard (original sealed and held in probation office) (eps) (Entered: 04/07/1994) |
| 05/04/1994 | 46 | REPORT AND RECOMMENDATION concerning Findings and Recommendations on Criminal Justice Act Compensation Claim by Mag |

EXHIBIT 2

Page 8 of 14 Pages

|  |  | Judge Barry M. Kurren - Richard Kawana - $1,569.06 (gab) Modified on 02/11/2003 (Entered: 05/09/1994) |
|---|---|---|
| 05/17/1994 | 47 | PETITION Pursuant to 28:2255 by Laron Kevin Kortgaard filed as Civil Case # 94-00360ACK referred to Judge Alan C. Kay (cc: AUSA) (gab) (Entered: 05/19/1994) |
| 05/17/1994 | 48 | ORDER by Judge Alan C. Kay ; status hearing set for 8:30 11/7/94 for Laron Kevin Kortgaard (cc: all counsel) (gab) (Entered: 05/19/1994) |
| 05/24/1994 | 49 | MEMORANDUM in opposition to Defendant's U.S.C. 2255 habeas corpus petition [47-1] by plaintiff USA - Exhibits "1" - "4"; Certificate of Service (gab) (Entered: 05/25/1994) |
| 05/27/1994 | 50 | APPLICATION to Proceed in Forma Pauperis, Supporting Documentation and ORDER by defendant Laron Kevin Kortgaard (gab) (Entered: 06/16/1994) |
| 06/27/1994 | 51 | CJA Form 20 (Attorney Payment Voucher# 0576874) by Attorney Richard Kawana as to Laron Kevin Kortgaard in the amount of $1,569.06 by Judge KAY (gab) (Entered: 06/28/1994) |
| 07/13/1994 | 52 | ORDER Denying Defendant 2255 Petition by Judge Alan C. Kay (cc: all counsel) (gab) (Entered: 07/25/1994) |
| 07/15/1994 | 53 | MOTION for leave to Invoke Discovery Under 28 U.S.C. H.C. Rule 6 by defendant Laron Kevin Kortgaard Referred to Judge Kay - [No original recieved] (gab) (Entered: 07/25/1994) |
| 07/27/1994 | 54 | MEMORANDUM in opposition to defendant's motion for leave to Invoke Discovery Under 28 U.S.C. H.C. Rule 6 by defendant Laron Kevin Kortgaard [53-1] by plaintiff USA (gab) (Entered: 08/03/1994) |
| 08/01/1994 | 55 | ORDER by Mag Judge Barry M. Kurren denying motion for leave to Invoke Discovery Under 28 U.S.C. H.C. Rule 6 by defendant Laron Kevin Kortgaard [53-1] (cc: all counsel) (gab) (Entered: 08/03/1994) |
| 08/04/1994 | 56 | NOTICE OF APPEAL to 9CCA by defendant Laron Kevin Kortgaard regarding Order dismissing 28:2255 [52-1] (gab) (Entered: 08/19/1994) |
| 08/08/1994 | 57 | ORDER Denying Defendant's Discovery Request by Judge Alan C. Kay (cc: all counsel) (gab) Modified on 08/19/1994 (Entered: 08/12/1994) |
| 09/20/1994 | 58 | APPEAL Transcript Designation and Order form: Tape for the dates of 05/25/93; Terrence Chun: 11/15/93 regarding [56-1] (gab) (Entered: 09/26/1994) |
| 10/14/1994 | 59 | APPEAL Transcript Designation and Order form ESR for the dates of 05/25/93 regarding [56-1] (gab) (Entered: 10/14/1994) |
| 11/04/1994 |  | TRANSCRIPT of Proceedings - 11/15/93 - ORIG - ( Terrence Chun ) - pp 31 (gab) (Entered: 11/08/1994) |
| 11/28/1994 | 60 | APPEAL Certificate of Record Transmitted to 9CCA regarding deft. Laron Kevin Kortgaard [56-1] (cc: all counsel) (gab) (Entered: |

EXHIBIT 2
Page 9 of 14 Pages

|  |  |  |
|---|---|---|
|  |  | 11/28/1994) |
| 12/12/1994 | 61 | CJA FORM 24 (Authorization and Voucher for Transcript Payment) for Terrence Chun Voucher # 2250300521 in the amount of $90.00 ( 11/15/93) for Laron Kevin Kortgaard by Judge KAY (gab) (Entered: 12/19/1994) |
| 01/13/1995 |  | TRANSCRIPT of Proceedings - 5/25/93 - ORIG - ( Lisa Groulx-Thompson ) - pp 43 (eps) (Entered: 01/18/1995) |
| 01/26/1995 |  | EO: Per Kris, Pro Se Clerk, 9CCA - CA94-15162 (eps) (Entered: 01/27/1995) |
| 02/03/1995 | 62 | APPEAL number 95-15162 received from 9CCA regarding [56-1] (eps) (Entered: 02/03/1995) |
| 09/06/1995 | 63 | APPEAL Judgment from 9CCA - 95-015162 (CV94-00360 ACK) dismissing the appeal [56-1] filed and entered: 7/10/95 Attest date: 9/1/95 (cc: all counsel, USPO, USM, Judge Kay, CRD) (eps) (Entered: 09/18/1995) |
| 03/24/1997 | 64 | Motion for Return of Seized Property by Laron Kevin Kortgaard; cc: ACK, USA (gs) (Entered: 04/03/1997) |
| 04/07/1997 | 65 | PETITION Pursuant to 28:2255 by Laron Kevin Kortgaard filed as Civil Case # CV 97-00301 ACK referred to Judge Alan C. Kay (cc: AUSA) (sealed) (Entered: 04/08/1997) |
| 04/07/1997 | 66 | MEMORANDUM of Points and Authorities in support of Motion Pursuant to 28 U.S.C. 2255; Declaration of Laron Kevin Kortgaard; Exhibits [65-1] by defendant Laron Kevin Kortgaard (sealed) (Entered: 04/08/1997) |
| 04/29/1997 | 67 | MEMORANDUM, Re: Motion for Return of property; declaration of Bert Apo [64-1] by plaintiff USA (gab) (Entered: 04/30/1997) |
| 05/29/1997 | 68 | Supplemental Memorandum RE: Motion to return property; Exhibit "1"; Certificate of Service (gs) (Entered: 05/30/1997) |
| 06/02/1997 | 69 | ORDER Dismissing Without Prejudice Defendant's Motion to Return Property by Judge Alan C. Kay [64-1] (cc: USA, USPO, PTS, Kortgaard) (gab) (Entered: 06/04/1997) |
| 06/20/1997 |  | Transcript of Proceedings 11/29/93 - Orig ;# of pages 22 ; Brooke Anderson; Laron Kortgaard (gs) (Entered: 06/23/1997) |
| 07/01/1997 | 70 | MEMORANDUM in opposition to Defendant's Petition filed Pursuant to 28 U.S.C. 2255; Table of Contents; Table of Authorities; Exhibits "1a" - "10" by plaintiff USA (gs) (Entered: 07/02/1997) |
| 07/14/1997 | 71 | Motion for Extension of Time to File Reply to Government's Opposition by Laron Kevin Kortgaard (sealed) (Entered: 07/14/1997) |
| 07/15/1997 | 72 | ORDER Extending the Time defendant has to file a Reply by Judge Alan C. Kay [71-1] (gs) (Entered: 07/15/1997) |

EXHIBIT 2
Page 10 of 14 Pages

| | | |
|---|---|---|
| 07/28/1997 | 73 | MEMORANDUM in Reply to Government's opposition to Defendant's Petition Under 28 USC 2255 by defendant Laron Kevin Kortgaard (gab) (Entered: 07/28/1997) |
| 07/28/1997 | 74 | CERTIFICATE of service by defendant Laron Kevin Kortgaard (gab) (Entered: 07/28/1997) |
| 07/28/1997 | 75 | ORDER Dismissing without prejudice defendant's 2255 Motion to Vacate, Set Aside or Correct his Sentence by Judge Alan C. Kay [65-1] (cc: all counsel) (gab) (Entered: 07/29/1997) |
| 08/11/1997 | 76 | MOTION for reconsideration of Order Dismissing without Prejudice Defendant's 2255 Motion to Vacate, Set Aside or Correct his sentence by defendant Laron Kevin Kortgaard (gs) (Entered: 08/12/1997) |
| 09/29/1997 | 77 | ORDER Denying Defendant's Motion for Reconsideration of Order Dismissing Without Prejudice Defendant's 2255 Motion to Vacate, Set Aside or Correct his Sentence by Judge Alan C. Kay Defendant's 2255 Motion to Vacate, Set Aside or Correct his sentence by defendant Laron Kevin Kortgaard [76-1] (cc: all counsel) (gs) (Entered: 10/01/1997) |
| 01/12/1998 | 78 | MOTION for reconsideration of Motion to Vacate Sentence by defendant Laron Kevin Kortgaard re [77-1] cc: Judge Alan C. Kay, U.S.A. (afc) Modified on 01/12/1998 (Entered: 01/12/1998) |
| 03/03/1998 | 79 | ORDER Denying Petitioner's Motion for Reconsideration of Original 2255 Motion by Judge Alan C. Kay re [77-1] [78-1] (gs) (Entered: 03/04/1998) |
| 11/23/1998 | 80 | APPEAL Order from 9CCA affirming the decision of the District Court re: Petition for Authorization to File a Second or successive 28 USC 2255 Motion: Denied by 9CCA (cc: all counsel, USPO, USDJ) (afc) (Entered: 11/24/1998) |
| 12/02/1999 | | Transcript of Proceedings 2/15/94 - Orig ;# of pages 6 ; Stephen Platt; Kortgaard (gs) (Entered: 12/02/1999) |
| 04/12/2002 | 81 | PETITION for Revocation of Supervised Release; BW ordered, for Laron Kevin Kortgaard by Judge Alan C. Kay (eps) (Entered: 04/15/2002) |
| 04/12/2002 | 82 | ARREST Warrant issued for Laron Kevin Kortgaard bail set for NO BAIL by Judge Alan C. Kay (eps) (Entered: 04/15/2002) |
| 04/30/2002 | 83 | ORDER Assigning Motion to Invoke Similar Case Rule by Judge David A. Ezra (gs) Modified on 05/03/2002 (Entered: 05/02/2002) |
| 05/02/2002 | 84 | ORDER Granting United States' Motion to Invoke Similar Case Rule by Judge Helen Gillmor (gs) (Entered: 05/03/2002) |
| 05/03/2002 | 85 | ORDER of Assignment by Judge David A. Ezra (gs) (Entered: 05/07/2002) |
| 05/08/2002 | 86 | TRIAL Memorandum of the United States of America; Exhibits "A", "B", & "C"; Table of contents; Table of Authorities (gs) (Entered: |

EXHIBIT 2

Page 11 of 14 Pages

CM/ECF-DC V2.5 (11/05) **LIVE** - Docket Report  Page 12 of 14
Case 1:02-cr-00099-ACK  Document 147-3  Filed 09/06/2006  Page 12 of 14

| | | |
|---|---|---|
| | | 05/09/2002) |
| 08/12/2002 | 87 | Notice of Motion and MOTION for upward departure in resentencing defendant for TSR violation by USA as to Laron Kevin Kortgaard ; memornadum in support of motion; certificate of service - Motion hearing set for 9/30/02 @ 1:30 ACK (eps) (Entered: 08/12/2002) |
| 08/20/2002 | 88 | AMENDED REQUEST for course of action PROB 12C - that the request for course of action filed on 4/12/02 be amended & that the subject be brought before the court to show cause why supervised release should not be revoked - for Laron Kevin Kortgaard by Judge Alan C. Kay (eps) (Entered: 08/21/2002) |
| 08/21/2002 | 89 | NOTICE of hearing setting hearing onsetting hearing on Order to show cause why supervised release should not be revoked [88-1] 1:30 9/30/02 as to Laron Kevin Kortgaard before Judge Alan C. Kay (eps) (Entered: 08/22/2002) |
| 09/17/2002 | 90 | EP: MINUTES: Defendant Laron Kevin Kortgaard's Motion for Withdrawal and Substitution of Counsel - Defendant present in custody. Joint request by Govt and defense counsel to consolidate Motion to Withdraw with CR NO. 93-01704ACK is Granted. No position by Govt. Court questions defendant. Defendant Laron Kevin Kortgaard's Motion for Withdrawal and Substitution of Counsel in CR NO. 02-00099ACK is Granted. Defendant Laron Kevin Kortgaard's Oral Motion for Withdrawal and Substitution of Counsel in CR NO. 93-01704ACK is Granted. Weight to prepare Order for Withdrawal and Substitution of Counsel for the Court's approval. Defendant remanded to the custody of the US Marshal; Laron Kevin Kortgaard Attorney Michael A. Weight, Michael K. Kawahara present ( Ct Rptr: C7 FTR CD9) by Judge Leslie E. Kobayashi (eps) (Entered: 09/19/2002) |
| 09/20/2002 | 91 | NOTICE of hearing setting hearing onsetting hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked set for 9/30/02 cont. to 1:30 2/3/03 as to Laron Kevin Kortgaard before Judge Alan C. Kay (sealed) (Entered: 09/20/2002) |
| 09/23/2002 | 92 | ORDER granting defendant's oral motion to withdraw and for the appointment of counsel by Mag Judge Leslie E. Kobayashi - the court appoints David Klein, CJA - on behalf of deft (eps) (Entered: 09/23/2002) |
| 01/08/2003 | 93 | EO: MINUTES Order to Show Cause Why Supervised Release Should Not Be Revoked and Sentencing to Count 1 of the Indictment scheduled for hearing on Monday, February 3, 2003 at 1:30 p.m. before the Honorable Alan C. Kay, continued to Tuesday, February 25, 2003 at 10:00 a.m. Michael Kawahara to prepare Stipulation. by Judge Judge Alan C. Kay (gab) (Entered: 01/10/2003) |
| 02/19/2003 | 94 | NOTICE of hearing setting hearing on 1) OSC why supervised release should not be revoked 2) motion for upward departure in resentencing defendant for TSR violation by USA as to Laron Kevin Kortgaard [87-1] 1:30 4/28/03 ; sentencing hearing set for 1:30 4/28/03 for Laron Kevin |

EXHIBIT ___2___

Page _12_ of _14_ Pages

| | | Kortgaard before Judge Alan C. Kay (eps) (Entered: 02/19/2003) |
|---|---|---|
| 04/24/2003 | 95 | NOTICE of setting hearing for order to show cause why supervised release should not be revoked [91-1] reset to 1:30 6/2/03 for Laron Kevin Kortgaard before Judge Alan C. Kay (fe) (Entered: 04/24/2003) |
| 05/29/2003 | 96 | NOTICE - Sentencing to Count 1 of the Indictment & Order to Show Cause Why Supervised Release Should not be Revoked [88-1], [81-1] hearing set for 1:30 6/16/03, before Judge Kay (gs) (Entered: 05/30/2003) |
| 06/16/2003 | 97 | NOTICE of hearing setting hearing on : sentencing to Count 1 of the Indictment and order to show cause why supervised release should not be revoked [81-1] [88-1] 1:30 7/7/03 CR 02-99 and CR 93-1704 before Judge Alan C. Kay (eps) (Entered: 06/16/2003) |
| 07/03/2003 | 98 | NOTICE of hearing setting : sentencing to CT 1 of the indictment & OSC why Sup Rel should not be revoked set for 7/7/03 @ 1:30 contd to 7/11/03 @ 2 ACK [88-1] [81-1] as to Laron Kevin Kortgaard (eps) (Entered: 07/08/2003) |
| 07/07/2003 | 99 | NOTICE of hearing setting hearing on sentencing to CT 1 of the Indictment & Order to Show Cause Why Supervised Release should not be revoked contd from 7/11/03 @ 2 to 10:00 7/15/03 for Laron Kevin Kortgaard before Judge Alan C. Kay (eps) (Entered: 07/08/2003) |
| 07/15/2003 | 100 | EP: MINUTES: Order to Show Cause Why Supervised Release Should Not Be Revoked: Defendant present in custody with counsel David Klein. Governments Motion for Upward Departure - DENIED. Governments Oral Motion to Dismiss Alleged Violation of Supervised Release #1 (The subject's urine specimen submitted on 1/10/2002 tested positive for tetrahydrocannabinol (THC) in violation of the General Condition) GRANTED. Alleged violation of supervised release read to defendant. Mr. Kawahara proffered the governments evidence against the defendant. Defendant accepted governments proffer. Court finds that defendant violated condition #2 and will revoke supervised release. [81-1], [88-1] Violation of Supervised Release Hearing Held - Judge Alan C. Kay as to Laron Kevin Kortgaard, amended sentence Laron Kevin Kortgaard (1) count(s) 1. Imprisonment 46 months, to be served consecutively to the sentence imposed in Criminal No. 02-00099ACK. RECOMMENDATION: Nellis. Supervised Release - 50 months under the following conditions: 1. That the defendant shall abide by the standard conditions of supervision. 2. That defendant not commit any crimes, federal, state, or local (mandatory condition). 3. That the defendant not possess illegal controlled substances (mandatory condition) 4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and least two drug tests thereafter, as directed by the Probation Office (mandatory condition). 5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office. 6. That the defendant is prohibited from possessing any illegal or dangerous |

EXHIBIT 2

Page 13 of 14 Pages

| | | weapons. 7. That the defendant provide the Probation Office and the Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office. 8. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other that the premises may be subject to search pursuant to this condition. Advised of rights to appeal. MITTIMUS: Forthwith as to Laron Kevin Kortgaard Laron Kevin Kortgaard , Michael Kawahara, David Klein, Ellie Hayase Sabatino present for Judge Alan C. Kay (eps) (Entered: 07/16/2003) |
|---|---|---|
| 07/23/2003 | 101 | ARREST Warrant returned executed as to Laron Kevin Kortgaard on 4/15/02 (eps) (Entered: 07/23/2003) |
| 07/23/2003 | | ARREST of defendant Laron Kevin Kortgaard on 4/15/02 (eps) (Entered: 07/23/2003) |
| 07/29/2003 | 102 | JUDGMENT and Commitment as to Laron Kevin Kortgaard by Judge Alan C. Kay (cc: all counsel) (eps) (Entered: 07/30/2003) |
| 08/06/2003 | 103 | CJA Form 20 Copy 4 (Appointment of Counsel) Voucher # as to defendant Laron Kevin Kortgaard Attorney David F. Klein - nunc pro tunc 9/23/02 (eps) Modified on 08/06/2003 (Entered: 08/06/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2006 12:04:55 | | | |
| PACER Login: | du2868 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:93-cr-01704-ACK-ACK |
| Billable Pages: | 10 | Cost: | 0.80 |

EXHIBIT ___2___

Page _14_ of _14_ Pages