Laron Kevin Kortgaard
Reg. No. 82467-022
3600 Guard Road
Lompoc, CA 93436

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP -7 2006

DISTRICT OF HAWAII

August 31, 2006

Clerk of the Court
U.S. District Court
300 Ala Moana Blvd.
Honolulu, HI  96850

Re:   United States v. Laron Kevin Kortgaard,
      CIVIL NO. 06-0331-ACK
      CRIM. NO. 02-0099-ACK

Dear Clerk:

Enclosed please find my motion to be filed with the Court in regards to the above-entitled matter.

An extra copy has been added to be returned to me File Stamped in the enclosed, self-addressed, stamped envelope.  Thank you very much.

Sincerely,

*Laron K Kortgaard*

LARON KEVIN KORTGAARD,
Petitioner, in pro se

Federal Correctional Institution
3600 Guard Rd
SANTA BARBARA, CA 93105

AUG 31 2006

CLERK
U.S. District Court
300 Ala Moana Blvd.
Honolulu, HI.
96850