ORIGINAL

Laron Kevin Kortgaard
Reg. No. 82467-022
3600 Guard Road
Lompoc, CA 93436

         in pro se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at ___ o'clock and ___ min. __ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )    CASE NO. CV 06-0331 ACK
                               )             CR 02 0099 ACK
              Plaintiff,       )
                               )    **SUPPLEMENTAL REPLY TO THE**
vs.                            )    **GOVERNMENT'S SUPPLEMENTAL**
                               )    **OPPOSITION TO DEFENDANT'S**
LARON KEVIN KORTGAARD,         )    **REPLY TO GOVERNMENT'S**
                               )    **OPPOSITION TO §2255.**
       Defendant-Petitioner.   )
_____  )

     In the government's supplemental opposition they clearly

and desperately skirt all of the issues.  That being, the

defendant has the right to amend his §2255 pursuant to Rule 15

and that the Court incorrectly sentenced him for his supervised

release violation.  The Defendant's reply brief did not address

the other issues because they were satisfactorily addressed in

the initial §2255 motion.  The Court is requested to ignore the

government's meritless subterfuge and concentrate on the issues

at hand.  The wrongful supervised release sentence.  Pursuant

to statute Title 18 U.S.C. §3583(e)(3) **the maximum sentence**

**the Court can impose on any supervised release violation is**

**three (3) years.**

1       If the court was going to depart above the advisory

2   revocation guideline range it needed to give advance notice

3   pursuant to Rule 32(h), which it did not do.  Moreover, <u>any</u>

4   <u>sentence over 36 months would be illegal because it exceeded</u>

5   <u>the statute.</u>  Therefore, the court must grant the defendant's

6   §2255 petition and resentence him to 46 months, minus 10

7   months for the error, a total of 36 months.  The defendant

8   respectfully requests to be re-sentenced in absentia as he is

9   suffering from poor health.  If the court feels that by going

10  over the statutory maximum it violated <u>Apprendi</u>, then it is

11  requested to release the defendant, time-served.  Finally, it

12  is requested that the Court order the prosecutor to return to

13  law school for failing to address any of these issues in his

14  opposition brief.

15

16  DATED: 9/13/06 _____        Respectfully yours,

17

18

19

20      LARON KEVIN KORTGAARD,
    Petitioner, in pro se

21

22

23

24

25

26

27

28

P R O O F    O F    S E R V I C E    B Y    M A I L

I am over the age of 18 and not a part to this action. On September 14, 2006, I placed a copy of this motion in a sealed envelope with proper postage affixed and placed it in a United States Mailbox and I mailed a copy to:

Michael K Kawahara, AUSA
U.S. Attorneys Office
Room 6-100 PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI  96850

DATED:  September 14, 2006

STEVEN R. COMISAR

3