Laron Kevin Kortgaard #82467-022
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436



**URGENT**

LEGAL MAIL

Clerk of the Court
U.S. District Court
300 Ala Moana Blvd.
Honolulu, HI 96850

